UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


LISANDRO LOPEZ,
    Plaintiff,

vs.	Case No. 8:08-CIV-2544-T-17-TGW

ATTORNEY GENERAL U.S.A., et al.,
    Defendants.
                                         /


**ORDER TO SHOW CAUSE**


    This cause is before the Court sua sponte. Pursuant to Rule 4 (m) Fed.R.Civ.P., if service of the summons and complaint is not made upon the defendants within one hundred and twenty (120) days after the filing on the complaint, and the party on whose behalf such service was required cannot show good cause why such service was not made within that period, the action shall be dismissed without prejudice, upon the Court's own initiative, with notice to such party, or upon motion.

    This complaint was filed on December 22, 2008, therefore, the plaintiff had up to and including April 21, 2009, in which to serve process on the defendants. To date the record does not reflect service on any defendant. Accordingly, it is

CASE NO. 8:08-CIV-2544-T-17

**ORDERED** that Plaintiff shall have up to and including May 4, 2009, to show cause why this complaint should not be dismissed for failure to prosecute as to the defendants. **FAILURE TO RESPOND IN A TIMELY MANNER MAY RESULT IN DISMISSAL FOR FAILURE TO TIMELY SERVE AT THAT TIME.**

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 24th day of April, 2009.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record